**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| FEDERAL INSURANCE CO., as subrogee of Brown International, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>ROWE MACHINERY, INC., and ELMOS HAYES LAY,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:06-cv-947-WKW |

**MOTION FOR ADMISSION *PRO HAC VICE***

Petitioner Karen D. Fultz respectfully moves, through undersigned local counsel and pursuant to Local Rule 83.1(b) of the Local Rules for the United States District Court for the Middle District of Alabama, for admission to practice *pro hac vice* on behalf of the named Plaintiff in this matter, respectfully showing the Court as follows:

Fultz is duly licensed to practice law in the State of Georgia and is in good standing in the United States District Court for the Northern and Middle Districts of Georgia and the Supreme Court of Georgia, the highest court in the state. Fultz resides in Georgia and regularly practices in Georgia. Her good standing is evidenced by the certificate of good standing from the United States District Court for the Northern District of Georgia, attached to this motion.

A check for $20.00, as payment of the prescribed fee, has been mailed to the Clerk of Court contemporaneous with the filing of this motion.

Plaintiff and Fultz have retained undersigned counsel to serve as local counsel in this matter. Undersigned counsel, by his signature, sponsors Fultz's application.

Fultz has reviewed the Local Rules of this Court and fully understands and agrees that she will be subject to the disciplinary powers and jurisdiction of the Court through the course of this litigation.

**WHEREFORE**, having complied with the requirements of the applicable Local Rules of this Court, Karen D. Fultz respectfully prays that she be admitted to practice *pro hac vice* in the Middle District of Alabama and be permitted to appear and represent the Plaintiff in this civil action.

Respectfully submitted this 2nd day of November, 2006.

/s/ L. Jackson Young, Jr.
Bar No.: ASB-7946-G65L

John W. Scott
L. Jackson Young, Jr.

Counsel for Plaintiff

**OF COUNSEL:**
HUCKABY SCOTT & DUKES, P.C.
Concord Center
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
Telephone: (205) 251-2300
Telecopier: (205) 251-6773

/s/ Karen D. Fultz
Georgia Bar No.: 266973

**OF COUNSEL (Pending Pro Hac Vice Motion)**
COZEN O'CONNOR
SunTrust Plaza, Suite 2200
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
Telephone: (404) 572-2000
Telecopier: (404) 572-2199

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

    Furthermore, I hereby certify that I have mailed by United States Postal Service, first-class postage prepaid, the foregoing to the following non-CM/ECF participants: K. Edward Sexton, Inc., and Elmos Hayes Lay.

    /s/ L. Jackson Young, Jr.
    Of Counsel

39153.1



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**     }
                                 } ss.
**NORTHERN DISTRICT OF GEORGIA**  }

    I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

    **DO HEREBY CERTIFY** that **KAREN DENISE FULTZ , State Bar No. 266973,** was duly admitted to practice in said Court on December 26, 2000, and is in good standing as a member of the bar of said Court.

    Dated at Atlanta, Georgia, this 26th day of October, 2006.

JAMES N. HATTEN
CLERK OF COURT



By: _____
Jamee Holland
Deputy Clerk