IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE CO., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-947-WKW |
| | ) |
| ROWE MACHINERY, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the Motion for Karen Denise Fultz to Appear Pro Hac Vice (Doc. #5) filed on November 2, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 3rd day of November, 2006.

　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE