IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE CO., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-947-WKW |
| | ) |
| ROWE MACHINERY, INC., *et al.,* | ) |
| | ) |
|    Defendants. | ) |

**O R D E R**

Upon consideration of the Stipulation filed by the parties on November 28, 2006 (Doc. # 7), it is hereby

ORDERED that on or before December 11, 2006, the defendants shall file a responsive pleading to the Complaint.

DONE this 30th day of November, 2006.

        /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE