IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Federal Insurance Co.,
a/s/o Brown International, Inc.,

    Plaintiff,

v.

                                Civil Action Number:   2:06-CV-947-WKW

Rowe Machinery, Inc.,
and Elmos Hayes Lay,

    Defendants.

## STIPULATION

Come now the plaintiff and defendants and stipulate to the Court that the defendants, so long as it is agreeable with the Court, request up to and through December 24, 2006 for the defendants to be required to answer the plaintiff's complaint. As grounds therefore, would show unto the Court the following:

    1.    That there are coverage issues involved with the defendants' insurance carrier and additional time is requested to file a responsive pleading, until those issues can be resolved.

    2.    That all parties consent to this stipulation.

1

**WHEREFORE, PREMISES CONSIDERED**, the plaintiff and defendants respectfully request that this Honorable Court would issue an Order allowing the defendants up through and until December 24, 2006 to file their responsive pleading in this matter.

                          Respectfully Submitted,

                          /s/ Karen D. Fultz
                          Karen D. Fultz
                          Attorney for Plaintiff

**OF COUNSEL:**

Cozen O'Connor
303 Peachtree Street, NE
2200 SunTrust Plaza
Atlanta, Georgia 30308

L. Jackson Young, Jr.
John W. Scott
Huckaby, Scott & Dukes, P.C.
Concord Center
2100 Third Avenue North
Suite 700
Birmingham, Alabama 35203

                          /s/ K. Edward Sexton, II
                          K. Edward Sexton, II
                          Attorney for Defendants

**OF COUNSEL:**

Evans & Sexton, P.C.
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209
(205) 870-1970