IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-947-WKW |
| | ) |
| ROWE MACHINERY, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the Stipulation filed by the parties on December 7, 2006 (Doc. # 9), it is hereby

ORDERED that on or before December 27, 2006, the defendants shall file a responsive pleading to the Complaint.

The parties are hereby ADVISED that no further extensions will be given absent good cause shown.

DONE this 7th day of December, 2006.

　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE