IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Federal Insurance Co.,
a/s/o Brown International, Inc.,

    Plaintiff,

v.                             Civil Action Number:  2:06-CV-947-WKW

Rowe Machinery, Inc.,
and Elmos Hayes Lay,

    Defendants.

## ANSWER

Come now the Defendants, by and through their attorney of record and state their Answer to the Plaintiff's Complaint as follows:

1.    The Defendants deny each and every material allegation contained in the Plaintiff's Complaint and demand strict proof thereof.

2.    The Defendants assert that this accident was caused by an intervening, superceding cause and these Defendants were not guilty of any negligence which resulted in any act or omission causing the damages complained of by the Plaintiff's insured.

3.    The Defendants assert that the negligence and/or any act or omission alleged was not committed by these Defendants and is not the proximate cause of the Plaintiff's insured's damage.

4.    The Defendant, Rowe Machinery, Inc., asserts that it is not liable on any claim of negligent supervision, or on any theory of respondeat superior.

5.    The Defendants are not guilty of any breach of contract.

6.   The Defendants reserve the right to amend this Answer, as discovery in this matter progresses.

                Respectfully Submitted,

                Evans & Sexton, P.C.

                /s/ K. Edward Sexton, II
                K. Edward Sexton, II
                Bar No.: ASB-5463-O69K
                Attorney for Defendants
                1736 Oxmoor Road, Suite 101
                Birmingham, Alabama 35209
                (205) 870-1970

## CERTIFICATE OF SERVICE

I certify that I have on the 22nd day of December, 2006, electronically filed the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the following:

Karen D. Fultz, Esq.
Cozen O'Connor
303 Peachtree Street, NE
2200 SunTrust Plaza
Atlanta, Georgia 30308

L. Jackson Young, Jr., Esq.
John W. Scott, Esq.
Huckaby, Scott & Dukes, P.C.
Concord Center
2100 Third Avenue North
Suite 700
Birmingham, Alabama 35203

                /s/ K. Edward Sexton, II
                K. Edward Sexton, II
                Attorney for Defendants