# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE CO. a/s/o ) <br> Brown International, Inc., ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROWE MACHINERY, INC., ) <br> ) <br>     Defendant. ) | CIVIL ACTION FILE NO. <br> 2:06-CV-947-WKW |

_____

### Report of Parties' Planning Meeting
_____

1.   Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on January 19, 2007, via telephone conference and was attended by:

    Plaintiff:        Karen D. Fultz, Esquire

    Defendant:    K. Edward Sexton, II

2.   **Pre-Discovery Disclosures.**  The parties will exchange by February 19, 2007, the information request by Fed.R.Civ.P. 26(a)(1).

3.   **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

    Discovery will be need on the following subjects:
        a.   Liability
        b.   Damages
        c.   Insurance Coverage

    All discovery commenced in time to be completed by June 29, 2007.

      Maximum of 40 interrogatories by each party to any other party.  Responses due 30 days after service.

      Maximum of 40 requests for admission by each party to any other party.

      Maximum of 10 depositions by plaintiff and 10 by defendant.  Plaintiff requests that depositions be limited to a maximum of one day of 7 hours in accordance with the Fed.R.Civ.P. 30(d)(2) unless extended by agreement of the parties.

      Maximum of 40 requests for production of documents by each party to any other party.  Responses due 30 days after service.

      Reports from retained experts under Rule 26(a)(2) due:

            From plaintiff March 26, 2007
            From defendant by April 25, 2007

4.    **Other Items.**

      The parties do not request a conference with the court before entry of the scheduling order.

      The parties request a pretrial conference in August 2007.

      Plaintiff and Defendant should be allowed until March 16, 2007 to join additional parties and amend the pleadings.

      All potentially dispositive motions filed by July 31, 2007.

      Settlement is likely.

      Final lists of witnesses and exhibit under Rule 26(a)(3) should be due from Plaintiff and Defendant. by August 17, 2007.

Parties should have 7 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by September 10, 2007.

Respectfully submitted this 19th day of January, 2007.

| | |
|---|---|
| s/Karen D. Fultz_____ | s/ K. Edward Sexton, II_____ |
| Karen D. Fultz, Esquire | K. Edward Sexton, II, Esquire, |
| *Admitted Pro Hac Vice* | Bar No.: ASB-5463-069K |
| Counsel for Plaintiff | Counsel for Defendant |
| COZEN O'CONNOR | EVANS & SEXTON, P.C. |
| SunTrust Plaza - Suite 2200 | 1736 Oxmoor Road |
| 303 Peachtree Street, N.E. | Suite 101 |
| Atlanta, Georgia 30308 | Birmingham, Alabama 35209 |
| (404) 572-2000 | 205-870-1970 |

ATLANTA\89097\1