IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-0947-WKW |
| | ) |
| ROWE MACHINERY, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

By the terms of the Uniform Scheduling Order dated January 30, 2007 (Doc. # 15), the parties were ordered to conduct their face-to-face settlement conference by August 21, 2007. The Uniform Scheduling Order requires counsel for the plaintiff to file with the court the "Notice Concerning Settlement Conference and Mediation" within five days of the date of the settlement conference. There having been no notice filed, it is hereby ORDERED that the counsel for the plaintiff **on or before September 13, 2007**, shall either file the notice or show cause in writing why counsel has failed to comply with the court's orders.

DONE this 6th day of September, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE