IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **FEDERAL INSURANCE CO.,** as subrogee of Brown International, Inc., <br><br> Plaintiff, <br><br> v. <br><br> **ROWE MACHINERY, INC.,** and **ELMOS HAYES LAY,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO.
2:06-cv-947-WKW

**STIPULATION OF DISMISSAL**

COME NOW Plaintiff Federal Insurance Company, as subrogee of Brown International, Inc. ("Plaintiff"), by and through its undersigned counsel, and Defendants Rowe Machinery, Inc. and Elmo Hayes Lay ("Defendants"), by and through their undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure and this Court's Show Cause Order (Doc. 16), hereby stipulate that this case may be dismissed with prejudice, each party to bear its or his own costs.

Respectfully submitted this 12th day of September, 2007.

/s/ John W. Scott
John W. Scott

Counsel for Plaintiff

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
Concord Center
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
Telephone: (205) 251-2300
Telecopier: (205) 251-6773

/s/ Karen D. Fultz
Counsel for Plaintiff

**OF COUNSEL (Pro Hac Vice):**
COZEN O'CONNOR
SunTrust Plaza, Suite 2200
303 Peachtree Street, N.E.
Atlanta, Geogia 30308
Telephone: (404) 572-2000
Telecopier: (404) 572-2199

/s/ Kenneth Edward Sexton
Counsel for Defendants

**OF COUNSEL:**
EVANS & SEXTON, P.C.
1736 Oxmoor Road
Suite 101
Birmingham, Alabama 35209
Telephone: (205) 870-1970
Telecopier: (205) 870-7763

41682.1