IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE CO., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:06-cv-0947-WKW |
| | ) |
| ROWE MACHINERY, INC., *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

The court ordered plaintiff's counsel to file a settlement conference notice or show cause why counsel failed to comply with the court's orders on September 6, 2007 (Doc. # 16). On September 12, 2007, the parties jointly filed a Stipulation of Dismissal (Doc. # 56). Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this civil action is DISMISSED WITH PREJUDICE. It is further ORDERED that the plaintiff is now in full compliance with the orders of the court.

An appropriate judgment will be entered.

DONE this 13th day of September, 2007.

                                                  /s/   W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE